# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re  __Harlem Crossings, LLC__

Debtor(s)

Case No. _____

Chapter  __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Frank V. Klauck**<br>**21651 Kingston Way**<br>**Mokena, IL 60448-209** | **Member** | **100** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  __October  4, 2019__

Signature  __/s/ Frank V. Klauck__

__Frank V. Klauck__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

**IN RE:**                                                                          Case No. _____

Harlem Crossings, LLC _____      Chapter **11**_____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **35**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **October  4, 2019**_____      **/s/ Frank V. Klauck**_____
                                            Debtor

                                            _____
                                            Joint Debtor

© 2019 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Best Practices Staffing, Inc.
19822 S Harlem Ave
Frankfort, IL  60423-8861


Beyond Employment Services, Inc.
c/o Betty J. Myers, President
8411 Hollybrook Ln
Tinley Park, IL  60487-4468


Cohen Financial
4601 College Blvd Ste 300
Leawood, KS  66211-1652


CT Land Trust No. 06050
10 S La Salle St
Chicago, IL  60603-1002


CT Land Trust No. 06050
c/o CT Corporation System (registered ag
208 S La Salle St Ste 814
Chicago, IL  60604-1101


Elizon DB Transfer Agent, LLC
53 Forest Ave
Old Greenwich, CT  06870-1526


Elizon DB Transfer Agent, LLC
c/o Cogency Global, Inc. (registered age
850 New Burton Rd Ste 201
Dover, DE  19904-5786

Fantastic Sams - Jones Salons, Inc.
19806 S Harlem Ave
Frankfort, IL  60423-8861


First Western Properties, Inc.
c/o Paul Tsakiris, President
1205 W Adams St Unit 101
Chicago, IL  60607-2801


First Western Properties, Inc.
c/o Paul Tsakirls, President
1205 W Adams St # 101
Chicago, IL  60607-2801


Frank V. Klauck
21651 Kingston Way
Mokena, IL  60448-2092


G & L Construction, Inc.
8401 W 191st St
Mokena, IL  60448-8442


G & L Construction, Inc.
c/o Arthur Frank, President
121 Lawndale Blvd
Frankfort, IL  60423-3122


Haiq Restaurant Corporation
19814 S Harlem Ave
Frankfort, IL  60423-8861

Healthy Nation Catering, LLC
19810 S Harlem Ave
Frankfort, IL  60423-8861


Healthy Nation Catering, LLC
c/o Joseph M. Lenard, Manager
7500 W Inverness Ln
Frankfort, IL  60423-9105


Johnson Controls International, PLC
5757 N Green Bay Ave
Milwaukee, WI  53209-4408


Jones Salons, Inc.
c/o Chris Jones, President
14424 Gatses Ln
Homer Glen, IL  60491-7581


Laguna Holdings, LLC
7220 W 194th St Ste 150
Tinley Park, IL  60487-9211


Laguna Holdings, LLC
c/o Kenneth Donkel (registered agent)
7220 W 194th St Ste 150
Tinley Park, IL  60487-9211


Naavi's Affrican & Caribbean Food Distrb
19858 S Harlem Ave
Frankfort, IL  60423-8861

Naavi's African and Caribbean Food Distr
c/o Kwame Sedodo, President
16930 Briargate Dr
Country Club Hills, IL  60478-2142


Nestlehut Financial Services, Inc.
c/o Thomas A. Nestlehut, President
1510 E Corning Rd
Beecher, IL  60401-3078


Nestlehut Financial Services, Inc.
19802 S Harlem Ave
Frankfort, IL  60423-8861


Pizza Mia
c/o Robert Chavez
19860 S Harlem Ave
Frankfort, IL  60423-8861


Pizza Mia
19860 S Harlem Ave
Frankfort, IL  60423-8861


RKC Companies, LLC
16915 S Blackfoot Dr
Lockport, IL  60441-4366

RKC Companies, LLC
c/o Robert E. Chavez, Manager
19860 S Harlem Ave
Frankfort, IL  60423-8861


RKC Companies, LLC
c/o T. Andrew Coyle (Registered Agent)
131 E 9th St
Lockport, IL  60441-3401


Samuel P. Nedeau
Law Office of Samuel P. Nedeau
1906 Mills Ave
North Muskegon, MI  49445-3118


Sandra Franco-Aguilera
Saul Ewing Arnstein & Lehr, LLP
161 N Clark St Ste 4200
Chicago, IL  60601-3316


Smooth Ink Sports, Inc.
c/o Mellissa Smyth, President
26 Ash St
Frankfort, IL  60423-1571


Star Linear Corp.
19854 S Harlem Ave
Frankfort, IL  60423-8861

```
Vaperz, LLC
19818 S Harlem Ave
Frankfort, IL  60423-8861


Vaperz, LLC
c/o Vaperz Trust, Manager
21200 S La Grange Rd # 225
Frankfort, IL  60423-2003
```

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:                                                                    Case No. _____

Harlem Crossings, LLC _____   Chapter **11** _____
                          Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____    Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer    petition preparer is not an individual, state
Address:                                                             the Social Security number of the officer,
_____    principal, responsible person, or partner of
                                                                      the bankruptcy petition preparer.)
_____    (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Harlem Crossings, LLC _____    **X** */s/ Frank V. Klauck* _____   10/04/2019
Printed Name(s) of Debtor(s)                    Signature of Debtor                         Date

Case No. (if known) _____    **X** _____
                                                Signature of Joint Debtor (if any)           Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 2019 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**Fill in this information to identify the case:**

Debtor name **Harlem Crossings, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known) 

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$389,350.00** |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$422,684.00** |
| **For the fiscal year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$408,516.00** |
| **For the fiscal year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$427,468.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **Harlem Crossings, LLC**    Case number *(if known)* _____

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Elizon DB Transfer Agent, LLC v. Harlem Crossings, LLC, et al 2018CH1335** | **Foreclosure, Receivership, and Collection** | **Will County Circuit Court 14 W Jefferson St Joliet, IL 60432-4300** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

---

Debtor    **Harlem Crossings, LLC**    Case number *(if known)*

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **First Western Properties, Inc.**<br>1205 W Adams St Unit 101<br>Chicago, IL 60607-2801 | **Harlem Crossings Shopping Center, 19800 South Harlem Avenue, Frankfort, IL 60423** | **$5,650,000.00** |

| Case title | | Court name and address |
|---|---|---|
| **Elizon DB Transfer Agent, LLC v. Harlem Crossings, LLC et al.** | | **Court**<br>14 W Jefferson St<br>Joliet, IL 60432-4300 |
| Case number | | |
| **2018CH1335** | | |
| Date of order or assignment | | |
| **1/22/2019** | | |

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dent Law Offices, Ltd.**<br>PO Box 1633<br>Effingham, IL 62401-8633 | **Filing Fee: $1,717.00; Attorney's Fees: $28,283.00** | **9/26/2019** | **$30,000.00** |
| | Email or website address<br>**www.dentlawoffices.com** | | | |
| | Who made the payment, if not debtor?<br>**Frank V. Klauck** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 3

Debtor    **Harlem Crossings, LLC**                                    Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

Debtor    **Harlem Crossings, LLC**                                    Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
  List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
  Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
  26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
  ■ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

  26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

  ■ None

  26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

  ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

  26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

  ■ None

| Name and address |
|---|
| |

**27. Inventories**
  Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Harlem Crossings, LLC**                                                     Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Frank V. Klauck | **21651 Kingston Way Mokena, IL 60448-2092** | **Manager** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Frank V. Klauck 21651 Kingston Way Mokena, IL 60448-2092** | **Wages, $30,000.00.** | **9/26/2019** | **Wages** |
| **Relationship to debtor Manager** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and

Debtor    **Harlem Crossings, LLC**_____    Case number *(if known)* _____

correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  4, 2019**_____

**/s/ Frank V. Klauck**_____    **Frank V. Klauck**_____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Manager**_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | **Harlem Crossings, LLC** |

| | | |
| --- | --- | --- |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Harlem Crossings Shopping Center** |

| | | |
| --- | --- | --- |
| 3. | Debtor's federal Employer Identification Number (EIN) | **34-2039012** |

| | | |
| --- | --- | --- |
| 4. | Debtor's address | **Principal place of business**<br><br>**19800 S Harlem Ave**<br>**Frankfort, IL 60423-8861**<br>Number, Street, City, State & ZIP Code<br><br>**Will**<br>County | **Mailing address, if different from principal place of business**<br><br>**21651 Kingston Way**<br>**Mokena, IL 60448-2092**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>**19800 S Harlem Ave Frankfort, IL 60423-8861**<br>Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | Debtor's website (URL) | **www.harlemcrossings.com** |

| | | |
| --- | --- | --- |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Harlem Crossings, LLC**                                    Case number (*if known*)
_____
Name

**7.** **Describe debtor's business**       A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __531390__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**       *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**       ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____

District _____    When _____    Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**       ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                    Relationship _____

District _____    When _____    Case number, if known _____

Debtor   **Harlem Crossings, LLC**

Name _____

Case number (*if known*) _____

---

**11.** **Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Harlem Crossings, LLC**                                 Case number (*if known*) _____
         Name

---

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  4, 2019**
              MM / DD / YYYY

X **/s/ Frank V. Klauck**                                 **Frank V. Klauck**
  Signature of authorized representative of debtor        Printed name

Title   **Manager**

---

**18. Signature of attorney**

X **/s/ Roy J. Dent**                          Date **October  4, 2019**
  Signature of attorney for debtor                  MM / DD / YYYY

**Roy J. Dent**
Printed name

**Dent Law Office, Ltd.**
Firm name

**PO Box 1633**
**Effingham, IL 62401-8633**
Number, Street, City, State & ZIP Code

Contact phone   **(217) 330-5500**   Email address   **notices@dentlawoffices.com**

**6255835 IL**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Harlem Crossings, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)

☐ Check if this is an
    amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  4, 2019**     X **/s/ Frank V. Klauck**
                                   Signature of individual signing on behalf of debtor

                                     **Frank V. Klauck**
                                     Printed name

                                     **Manager**
                                     Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Harlem Crossings, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Best Practices Staffing, Inc.** **19822 S Harlem Ave Frankfort, IL 60423-8861** | | **Trade debt** | **Subject to Setoff** | | | **$2,154.00** |
| **Fantastic Sams - Jones Salons, Inc.** **19806 S Harlem Ave Frankfort, IL 60423-8861** | | **Trade debt** | **Subject to Setoff** | | | **$2,228.00** |
| **First Western Properties, Inc.** **c/o Paul Tsakiris, President** **1205 W Adams St Unit 101 Chicago, IL 60607-2801** | | **Professional Services** | | | | **$0.00** |
| **G & L Construction, Inc.** **8401 W 191st St Mokena, IL 60448-8442** | | **Trade debt** | **Disputed** | | | **$950.00** |
| **Haiq Restaurant Corporation** **19814 S Harlem Ave Frankfort, IL 60423-8861** | | **Trade debt** | **Subject to Setoff** | | | **$3,100.00** |
| **Healthy Nation Catering, LLC** **19810 S Harlem Ave Frankfort, IL 60423-8861** | | **Trade debt** | **Subject to Setoff** | | | **$0.00** |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor   **Harlem Crossings, LLC**                                    Case number *(if known)* _____
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Johnson Controls International, PLC 5757 N Green Bay Ave Milwaukee, WI 53209-4408** | | **Trade debt** | **Disputed** | | | **$0.00** |
| **Naavi's African & Caribbean Food Distrb 19858 S Harlem Ave Frankfort, IL 60423-8861** | | **Trade debt** | **Subject to Setoff** | | | **$2,600.00** |
| **Nestlehut Financial Services, Inc. 19802 S Harlem Ave Frankfort, IL 60423-8861** | | **Trade debt** | **Subject to Setoff** | | | **$3,900.00** |
| **Pizza Mia 19860 S Harlem Ave Frankfort, IL 60423-8861** | | **Trade debt** | **Subject to Setoff** | | | **$0.00** |
| **Samuel P. Nedeau Law Office of Samuel P. Nedeau 1906 Mills Ave North Muskegon, MI 49445-3118** | | **Professional Services** | | | | **$2,240.00** |
| **Smooth Ink Sports, Inc. c/o Mellissa Smyth, President 26 Ash St Frankfort, IL 60423-1571** | | **Trade debt** | **Disputed Subject to Setoff** | | | **$0.00** |
| **Star Linear Corp. 19854 S Harlem Ave Frankfort, IL 60423-8861** | | **Trade debt** | **Subject to Setoff** | | | **$4,857.00** |
| **Vaperz, LLC 19818 S Harlem Ave Frankfort, IL 60423-8861** | | **Trade debt** | **Subject to Setoff** | | | **$2,430.00** |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name   **Harlem Crossings, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **First Midwest Bank** | **Checking** | 2434 | **$40,000.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   **$40,000.00**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| 11a. 90 days old or less: | **11,212.98** | - | **5,606.49** | = .... | **$5,606.49** |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Harlem Crossings, LLC** | Case number *(If known)* | |
| | Name | | |

| 11b. Over 90 days old: | 61,510.68 | - | 30,755.34 | =.... | $30,755.34 |
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $36,361.83 |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor    **Harlem Crossings, LLC**                                    Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 55.1. | **19800 S Harlem Ave, Frankfort, IL 60423-8861 Harlem Crossings Shopping Center consisting of 48,125 square feet. Based upon an appraisal conducted March 2018, the real estate is valued at $5,650,000 "as-is", $7,200,000.00 "completed", and "$8,100,000.00 "stabilized.** | **Equitable Interest** | **$5,650,000.00** | "as-is" | **$5,650,000.00** |

56.    **Total of Part 9.**                                                                      | **$5,650,000.00** |
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor     **Harlem Crossings, LLC**                                             Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $40,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $36,361.83 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*................................................> | | $5,650,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $76,361.83 | + 91b. $5,650,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,726,361.83 |

**Fill in this information to identify the case:**

Debtor name    **Harlem Crossings, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|
| **2.1**   **Elizon DB Transfer Agent,**<br>**LLC**<br><br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**19800 S Harlem Ave, Frankfort, IL**<br>**60423-8861**<br>**Harlem Crossings Shopping Center**<br>**consisting of 48,125 square feet.  Based**<br>**upon an appraisal conducted March 2018,**<br>**the real estate is valued at $5,650,000**<br>**"as-is", $7,200,000.00 "completed", and** | $706,936.73 | $5,650,000.00 |

**53 Forest Ave**
**Old Greenwich, CT**
**06870-1526**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**
**10/11/2005**
**Last 4 digits of account number**
**0668**

**Do multiple creditors have an**
**interest in the same property?**
☐ No

☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Elizon DB Transfer**
**Agent, LLC**
**2. Elizon DB Transfer**
**Agent, LLC**
**3. Elizon DB Transfer**
**Agent, LLC**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2**   **Elizon DB Transfer Agent,**<br>**LLC**<br><br>Creditor's Name<br><br>**53 Forest Ave**<br>**Old Greenwich, CT**<br>**06870-1526** | **Describe debtor's property that is subject to a lien**<br>**19800 S Harlem Ave, Frankfort, IL**<br>**60423-8861**<br>**Harlem Crossings Shopping Center**<br>**consisting of 48,125 square feet.  Based**<br>**upon an appraisal conducted March 2018,**<br>**the real estate is valued at $5,650,000**<br>**"as-is", $7,200,000.00 "completed", and** | $1,363,017.94 | $5,650,000.00 |

Debtor   **Harlem Crossings, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** _____ |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **08/18/2006** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **0669** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **1. Elizon DB Transfer Agent, LLC** | ☐ Disputed |
| **2. Elizon DB Transfer Agent, LLC** | |
| **3. Elizon DB Transfer Agent, LLC** | |

| | | | |
|---|---|---|---|
| **2.3** **Elizon DB Transfer Agent, LLC** | **Describe debtor's property that is subject to a lien** | $2,908,681.96 | $5,650,000.00 |
| Creditor's Name | **19800 S Harlem Ave, Frankfort, IL 60423-8861** | | |
| | **Harlem Crossings Shopping Center consisting of 48,125 square feet. Based upon an appraisal conducted March 2018, the real estate is valued at $5,650,000 "as-is", $7,200,000.00 "completed", and** | | |
| **53 Forest Ave** **Old Greenwich, CT 06870-1526** | | | |
| Creditor's mailing address | | | |
| | **Describe the lien** _____ | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| **07/03/2008** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **0670** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| ☐ No | Check all that apply | | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| **1. Elizon DB Transfer Agent, LLC** | ☐ Disputed | | |
| **2. Elizon DB Transfer Agent, LLC** | | | |
| **3. Elizon DB Transfer Agent, LLC** | | | |

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $4,978,636.63 |

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor   **Harlem Crossings, LLC**
Name

Case number (if known) _____

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Cohen Financial**<br>**4601 College Blvd Ste 300**<br>**Leawood, KS 66211-1652** | Line __2.1__ | **0668** |
| **Cohen Financial**<br>**4601 College Blvd Ste 300**<br>**Leawood, KS 66211-1652** | Line __2.2__ | **0669** |
| **Cohen Financial**<br>**4601 College Blvd Ste 300**<br>**Leawood, KS 66211-1652** | Line __2.3__ | **0670** |
| **Elizon DB Transfer Agent, LLC**<br>**c/o Cogency Global, Inc. (registered age**<br>**850 New Burton Rd Ste 201**<br>**Dover, DE 19904-5786** | Line __2.1__ | **0668** |
| **Kenneth S. Strauss**<br>**Fisher Cogen Waldman Shapiro, LLC**<br>**1247** | Line __2.1__ | **0668** |
| **Sandra Franco-Aguilera**<br>**Saul Ewing Arnstein & Lehr, LLP**<br>**161 N Clark St Ste 4200**<br>**Chicago, IL 60601-3316** | Line __2.1__ | **0668** |

**Fill in this information to identify the case:**

Debtor name    **Harlem Crossings, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

---

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Best Practices Staffing, Inc.**<br><br>**19822 S Harlem Ave**<br>**Frankfort, IL 60423-8861** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,154.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | | | |

| 2.2 | Priority creditor's name and mailing address<br>**Fantastic Sams - Jones Salons, Inc.**<br><br>**19806 S Harlem Ave**<br>**Frankfort, IL 60423-8861** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,228.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | | | |

Debtor   **Harlem Crossings, LLC**
Name

Case number (if known)

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,100.00 | $0.00 |
|---|---|---|---|---|

**Haiq Restaurant Corporation**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

19814 S Harlem Ave
Frankfort, IL 60423-8861

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
■ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,600.00 | $0.00 |
|---|---|---|---|---|

**Naavi's Affrican & Caribbean Food
Distrb**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

19858 S Harlem Ave
Frankfort, IL 60423-8861

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
■ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,900.00 | $0.00 |
|---|---|---|---|---|

**Nestlehut Financial Services, Inc.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

19802 S Harlem Ave
Frankfort, IL 60423-8861

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,857.00 | $0.00 |
|---|---|---|---|---|

**Star Linear Corp.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

19854 S Harlem Ave
Frankfort, IL 60423-8861

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
■ Yes

---

| Debtor | **Harlem Crossings, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,430.00 | $0.00 |
|---|---|---|---|---|

2.7    Priority creditor's name and mailing address

**Vaperz, LLC**

**19818 S Harlem Ave**
**Frankfort, IL 60423-8861**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:     **$2,430.00**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
■ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**First Western Properties, Inc.**
**c/o Paul Tsakiris, President**
**1205 W Adams St Unit 101**
**Chicago, IL 60607-2801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | | **$950.00** |
|---|---|---|---|

**G & L Construction, Inc.**

**8401 W 191st St**
**Mokena, IL 60448-8442**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$950.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | | **$0.00** |
|---|---|---|---|

**Healthy Nation Catering, LLC**

**19810 S Harlem Ave**
**Frankfort, IL 60423-8861**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | | **$0.00** |
|---|---|---|---|

**Johnson Controls International, PLC**

**5757 N Green Bay Ave**
**Milwaukee, WI 53209-4408**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | | **$0.00** |
|---|---|---|---|

**Pizza Mia**

**19860 S Harlem Ave**
**Frankfort, IL 60423-8861**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Harlem Crossings, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,240.00 |
|---|---|---|---|

**Samuel P. Nedeau**
**Law Office of Samuel P. Nedeau**
**1906 Mills Ave**
**North Muskegon, MI 49445-3118**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Smooth Ink Sports, Inc.**
**c/o Mellissa Smyth, President**
**26 Ash St**
**Frankfort, IL 60423-1571**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Beyond Employment Services, Inc.**<br>**c/o Betty J. Myers, President**<br>**8411 Hollybrook Ln**<br>**Tinley Park, IL 60487-4468** | Line **2.1**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **First Western Properties, Inc.**<br>**c/o Paul Tsakirls, President**<br>**1205 W Adams St # 101**<br>**Chicago, IL 60607-2801** | Line **3.1**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **G & L Construction, Inc.**<br>**c/o Arthur Frank, President**<br>**121 Lawndale Blvd**<br>**Frankfort, IL 60423-3122** | Line **3.2**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Haiq Restaurant Corporation**<br>**c/o Hai Quan Ma,, President**<br>**19814 S. Ha** | Line **2.3**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Healthy Nation Catering, LLC**<br>**c/o Joseph M. Lenard, Manager**<br>**7500 W Inverness Ln**<br>**Frankfort, IL 60423-9105** | Line **3.3**<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Jones Salons, Inc.**<br>**c/o Chris Jones, President**<br>**14424 Gatses Ln**<br>**Homer Glen, IL 60491-7581** | Line **2.2**<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Naavi's African and Caribbean Food Distr**<br>**c/o Kwame Sedodo, President**<br>**16930 Briargate Dr**<br>**Country Club Hills, IL 60478-2142** | Line **2.4**<br><br>☐ Not listed. Explain ____ | __ |

---

Debtor   **Harlem Crossings, LLC**
Name

Case number (if known)

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.8 **Nestlehut Financial Services, Inc.**<br>**c/o Thomas A. Nestlehut, President**<br>**1510 E Corning Rd**<br>**Beecher, IL 60401-3078** | Line **2.5**<br>☐ Not listed. Explain ____ | __ |
| 4.9 **Pizza Mia**<br>**c/o Robert Chavez**<br>**19860 S Harlem Ave**<br>**Frankfort, IL 60423-8861** | Line **3.5**<br>☐ Not listed. Explain ____ | __ |
| 4.10 **RKC Companies, LLC**<br>**16915 S Blackfoot Dr**<br>**Lockport, IL 60441-4366** | Line **3.5**<br>☐ Not listed. Explain ____ | __ |
| 4.11 **RKC Companies, LLC**<br>**c/o T. Andrew Coyle (Registered Agent)**<br>**131 E 9th St**<br>**Lockport, IL 60441-3401** | Line **3.5**<br>☐ Not listed. Explain ____ | __ |
| 4.12 **RKC Companies, LLC**<br>**c/o Robert E. Chavez, Manager**<br>**19860 S Harlem Ave**<br>**Frankfort, IL 60423-8861** | Line **3.5**<br>☐ Not listed. Explain ____ | __ |
| 4.13 **Star Linear Corp.**<br>**c/o Allen Hill, President**<br>**19854 S. Harl** | Line **2.6**<br>☐ Not listed. Explain ____ | __ |
| 4.14 **Vaperz, LLC**<br>**c/o Vaperz Trust, Manager**<br>**21200 S La Grange Rd # 225**<br>**Frankfort, IL 60423-2003** | Line **2.7**<br>☐ Not listed. Explain ____ | __ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 21,269.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 3,190.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 24,459.00 |

**Fill in this information to identify the case:**

Debtor name    **Harlem Crossings, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 1752 square feet.  Accept contract.** | |
| | State the term remaining | **Until 8/31/2020** | **Best Practices Staffing, Inc. 19822 S Harlem Ave Frankfort, IL 60423-8861** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 977 square feet. Accept contract.** | |
| | State the term remaining | **Until 4/30/2021** | **Fantastic Sam's** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lesae for 1421 square feet.  Accept contract.** | |
| | State the term remaining | **Until 12/31/2019** | **Haiq Restaurant Corporation 19814 S. Harlem Ave. Frankfort, IL 6042** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 1175 square feet.  Accept contract.** | |
| | State the term remaining | **Written lease expired 7/31/2019** | **Healthy Nation Catering, LLC c/o Joseph M. Lenard, Manager 7500 W Inverness Ln Frankfort, IL 60423-9105** |
| | List the contract number of any government contract | | |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1   **Harlem Crossings, LLC**                                          Case number *(if known)* _____
           First Name      Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 1307 square feet. Accept contract.** | |
|---|---|---|---|
| | State the term remaining | **Until 9/30/2021** | **Naavi's African & CaribbFood Distrubtion**<br>**19858 S Harlem Ave**<br>**Frankfort, IL 60423-8861** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 3049 square feet. Accept contract.** | |
|---|---|---|---|
| | State the term remaining | **Until 3/31/2023** | **Nestlehut Financial Services, Inc.**<br>**19802 S Harlem Ave**<br>**Frankfort, IL 60423-8861** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 958 square feet.  Accept contract.** | |
|---|---|---|---|
| | State the term remaining | **Until 3/31/2023** | **Nestlehut Financial Services, Inc.** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 1575 square feet.  Reject contract.** | |
|---|---|---|---|
| | State the term remaining | **3/31/2021** | **Pizza Mia** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2,990 square feet. Accept contract.** | |
|---|---|---|---|
| | State the term remaining | **Until 4/30/2023** | **Star Linear Corp.**<br>**19854 S. Harlem Ave.**<br>**Frankfort, IL 6042** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 5016 square feet. Accept contract.** | |
|---|---|---|---|
| | State the term remaining | **3 months** | **Superior Cabinet Supply, Inc.**<br>**c/o Frank V. Klauck, President**<br>**19800 S.** |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          Page 2 of 3

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1    **Harlem Crossings, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name　　　　　Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lesae for 1421 square feet.  Accept contract.** | |
|---|---|---|---|
| | State the term remaining | **Until 6/14/2021** | |
| | List the contract number of any government contract _____ | **Vaperz, LLC** | |

**Fill in this information to identify the case:**

Debtor name __**Harlem Crossings, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | CT Land Trust No. 06050 | 10 S La Salle St Chicago, IL 60603-1002 | Elizon DB Transfer Agent, LLC | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.2 | CT Land Trust No. 06050 | c/o CT Corporation System (registered ag 208 S La Salle St Ste 814 Chicago, IL 60604-1101 | Elizon DB Transfer Agent, LLC | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.3 | CT Land Trust No. 06050 | 10 S La Salle St Chicago, IL 60603-1002 | Elizon DB Transfer Agent, LLC | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.4 | CT Land Trust No. 06050 | c/o CT Corporation System (registered ag 208 S La Salle St Ste 814 Chicago, IL 60604-1101 | Elizon DB Transfer Agent, LLC | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.5 | CT Land Trust No. 06050 | 10 S La Salle St Chicago, IL 60603-1002 | First Western Properties, Inc. | ☐ D ____ ■ E/F __3.1__ ☐ G ____ |
| 2.6 | CT Land Trust No. 06050 | c/o CT Corporation System (registered ag 208 S La Salle St Ste 814 Chicago, IL 60604-1101 | First Western Properties, Inc. | ☐ D ____ ■ E/F __3.1__ ☐ G ____ |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Harlem Crossings, LLC** | Case number *(if known)* | |

---

**■ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.7 | **CT Land Trust No. 06050** | **10 S La Salle St** <br> **Chicago, IL 60603-1002** | **G & L Construction, Inc.** | ☐ D _____ <br> ■ E/F ___3.2___ <br> ☐ G _____ |
| 2.8 | **CT Land Trust No. 06050** | **10 S La Salle St** <br> **Chicago, IL 60603-1002** | **Johnson Controls International, PLC** | ☐ D _____ <br> ■ E/F ___3.4___ <br> ☐ G _____ |
| 2.9 | **CT Land Trust No. 06050** | **c/o CT Corporation System (registered ag** <br> **208 S La Salle St Ste 814** <br> **Chicago, IL 60604-1101** | **Johnson Controls International, PLC** | ☐ D _____ <br> ■ E/F ___3.4___ <br> ☐ G _____ |
| 2.10 | **Frank V. Klauck** | **21651 Kingston Way** <br> **Mokena, IL 60448-2092** | **Elizon DB Transfer Agent, LLC** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | **Frank V. Klauck** | **21651 Kingston Way** <br> **Mokena, IL 60448-2092** | **Elizon DB Transfer Agent, LLC** | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | **Frank V. Klauck** | **21651 Kingston Way** <br> **Mokena, IL 60448-2092** | **Elizon DB Transfer Agent, LLC** | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.13 | **Laguna Holdings, LLC** | **7220 W 194th St Ste 150** <br> **Tinley Park, IL 60487-9211** | **Elizon DB Transfer Agent, LLC** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.14 | **Laguna Holdings, LLC** | **c/o Kenneth Donkel (registered agent)** <br> **7220 W 194th St Ste 150** <br> **Tinley Park, IL 60487-9211** | **Elizon DB Transfer Agent, LLC** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Harlem Crossings, LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

---

**Part 1:    Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................................   $    **5,650,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................   $    **76,361.83**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................   $    **5,726,361.83**

---

**Part 2:    Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................................   $    **4,978,636.63**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................................   $    **21,269.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$    **3,190.00**

4.    Total liabilities .................................................................................................................................
    Lines 2 + 3a + 3b                                                                                              $    **5,003,095.63**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re    **Harlem Crossings, LLC**
_____    Case No. _____
Debtor(s)    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ............................................    $  _____

Prior to the filing of this statement I have received ............................    $  _____

Balance Due ...........................................................................................    $  _____

☑ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ............    $  **30,000.00**

The undersigned shall bill against the retainer at an hourly rate of ............    $  **300.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

Software Copyright (c) 2019 CINGroup - www.cincompass.com

In re   **Harlem Crossings, LLC**                                    Case No.
_____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
(Continuation Sheet)

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October  4, 2019**                            **/s/ Roy J. Dent**
_____          _____
*Date*                                     **Roy J. Dent**
                                           *Signature of Attorney*
                                           **Dent Law Office, Ltd.**

                                           **PO Box 1633**
                                           **Effingham, IL 62401-8633**
                                           **(217) 330-5500**
                                           **notices@dentlawoffices.com**
                                           _____
                                           *Name of law firm*

---